# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

ABDOUL RAHIMY BAH,

                    Petitioner,

v.

PATRICK DIVVER, *et al.*,

                    Respondents.

Case No. 26-cv-01453-BAS-DDL

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)**

Petitioner Abdoul Rahimy Bah filed a habeas petition pursuant to 28 U.S.C. § 2241 claiming he has been arbitrarily or unreasonably prolonged in custody. (ECF No. 1.) The Government filed a notice of non-opposition to Petitioner's request for a bond hearing. (ECF No. 4.) Thus, the Court **GRANTS** the Petition and orders that Petitioner be granted a bond hearing as indicated below.

## I.     LEGAL STANDARD

A writ of habeas corpus is "available to every individual detained within the United States." *Hamdi v. Rumsfeld,* 542 U.S. 507, 525 (2004). "The traditional function of the writ is to secure release from illegal custody." *Preiser v. Rodriguez,* 411 U.S. 475, 484 (1973). A court may grant a writ of habeas corpus to a petitioner who demonstrates he or

- 1 -

she is in custody in violation of the Constitution or federal law.  28 U.S.C. § 2241(c)(3).  It applies to non-citizens detained within the United States. *Zadvydas v. Davis*, 533 U.S. 678, 687 (2001).  Since Petitioner is in custody and since he is seeking release from custody, he has standing to pursue this Petition.

## II.    ANALYSIS

Petitioner, a citizen of Guinea, entered the United States on December 13, 2024, seeking asylum.  (ECF No. 1 ¶¶ 1,13.)  He has been in immigration custody since then for fifteen months.  Petitioner seeks immediate release or a bond hearing.  (ECF No. 1.) In light of the Government's notice of non-opposition, the Court **GRANTS** the Petition.

## III.   CONCLUSION

Accordingly, the Court issues the following writ:

The Court **ORDERS** that Petitioner Abdoul Rahimy Bah be granted a bond hearing before an Immigration Judge within 7 days of today's date.  The Government has the burden of proof at that hearing to prove by clear and convincing evidence that Petitioner is a danger to the community or a flight risk such that no amount of bond or monitoring can protect the public or ensure his appearance at future proceedings.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

**DATED: March 17, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv1453