**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABDOUL RAHIMY BAH, | Case No. 26-cv-01453-BAS-DDL |
| Petitioner, | |
| v. | **ORDER REQUIRING RESPONSE TO MOTION TO ENFORCE JUDGMENT (ECF No. 7)** |
| PATRICK DIVVER, *et al.*, | |
| Respondents. | |

Petitioner Abdoul Rahimy Bah filed a Motion to Enforce Judgment.  (ECF No. 7.) He challenges whether Respondents complied with this Court's Judgment requiring the Government to hold a bond hearing with certain conditions.  (*See* ECF No. 6.)  The Court **ORDERS** Respondents to file a response to the Motion no later than **April 24, 2026**.

**IT IS SO ORDERED.**

**DATED: April 14, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

26cv1453