**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABDOUL RAHIMY BAH, | Case No. 26-cv-1453-BAS-DDL |
| Petitioner, | **ORDER TO RESPOND** |
| v. | |
| PATRICK DIVVER, *et al.*, | |
| Respondents. | |

Presently before the Court is Plaintiff's Amended Motion to Enforce Judgment filed on July 2, 2026. (ECF No. 12.) The Government has not yet responded. The Court **ORDERS** the Government to respond to the Amended Motion on or before July 17, 2026.

**IT IS SO ORDERED.**

**DATED: July 7, 2026**

Hon. Cynthia Bashant, Chief Judge
United States District Court

- 1 -

26cv1453